**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GB LODGING, LLC and ANOLAG JACPOT 2 JV LLC,

                Plaintiffs,

   -against-                                  21 **CIVIL** 1154 (NRB)

                                                  **JUDGMENT**

DIONIS RODRIGUEZ,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 18, 2022, defendant's motion to dismiss is granted and defendant's motion for sanctions is denied; accordingly, the case is closed.

**Dated:** New York, New York

March 21, 2022

                                                      **RUBY J. KRAJICK**
                                                         Clerk of Court
                          BY:
                                                          **Deputy Clerk**